RUTAN & TUCKER, LLP
Michael Adams (Bar No. 185835)
madams@rutan.com
Meredith L. Williams (Bar No. 292888)
mwilliams@rutan.com
Sarah E. Gilmartin (Bar No. 324665)
sgilmartin@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
PRINTFUL, INC.

Allonn E. Levy, Bar No. 187251
alevy@hopkinscarley.com
Jedidiah L. Dooley, Bar No. 240105
jdooley@hopkinscarley.com
Cary Chien, Bar No. 274078
cchien@hopkinscarley.com
Hopkins & Carley
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Defendant
Printify, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINTFUL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs<br><br>PRINTIFY, INC., a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:19-cv-07903-LHK<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Date Action Filed: December 2, 2019<br>Trial Date: April 2, 2021 |

Plaintiff Printful, Inc. ("Plaintiff" or "Printful") and Defendant Printify, Inc. ("Defendant" or "Printify") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to and respectfully move the Court to enter a permanent injunction (the "Injunction") in the above-captioned action (the "Action"), as follows:

NOW THEREFORE it is agreed and stipulated that:

1. Plaintiff released Version 1.2.8 of a shipping and tax calculation plugin for its WooCommerce integration (the "Printful Plugin") on or about June 9, 2017, which was made publically available subject to an open source license agreement, the GNU General Public License, Version 2 ("GPL");

2. Plaintiff filed its registration for the Printful Plugin on or about October 23, 2019, Registration No. TX 8-792-925;

3. Defendant downloaded Plaintiff's Printful Plugin and copied portions of the publicly available code from Plaintiff's Printful Plugin in the course of developing version 1.0.0 of Defendant's own shipping plugin for the WooCommerce integration (the "Printify Plugin"). In doing so, Defendant failed to comply with certain terms of the GPL;

4. Sections 2(a) and 2(c) of the GPL require (1) anyone modifying files to cause such modified files to carry a notice of the modification "and the date of any change" (the "Modification Notice Requirement"); and (2) anyone developing a new program based on a GPL-licensed program to provide a copyright notice with the program including the author name (e.g. "Copyright (C) <year> <name of author>") (the "Copyright Notice Requirement");

5. Defendant did not comply with the Modification Notice Requirement or the Copyright Notice Requirement of the GPL because it did not provide notice of changes to, or a copyright notice for, the Printful Plugin identifying Plaintiff as the author, and Defendant Printify therefore infringed Printful's copyright in its plugin software by not complying with the GPL;

6. On or about September 15, 2017, Defendant released Version 1.0.0 of the Printify Plugin;

7. On or about December 2, 2019, Plaintiff filed a Complaint in the within action against Defendant for copyright infringement in violation of Section 501 of the Copyright Act of 1976, 17 U.S.C. § 101 et. seq., false designation of origin and reverse passing off in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); breach of contract and of the implied covenant of good faith and fair dealing with respect to Plaintiff's open-source licensed software and Defendant's violation of the terms of the GPL related to version 1.0.0 of the Printify Plugin; unjust enrichment; intentional interference with prospective economic advantage; unfair competition in violation of Cal. Business & Professions Code § 17200 and the common law; and declaratory relief;

8. On or about January 24, 2020, Defendant moved to dismiss the claims for false designation of origin and reverse passing off in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); intentional interference with prospective economic advantage; and the unfair competition claims;

9. As of March 2020, Defendant is no longer making version 1.0.0 of the Printify Plugin available to the public;

10. Defendant and each of its officers, directors, partners, agents, servants, employees, attorneys, representatives, confederates, and all persons and entities acting for with, by, through or under it, and any others within its control or supervision, and all others in active concert or participation with the above, is permanently enjoined and restrained from using Plaintiff's open-source software without complying with the GPL and/or the terms of any applicable license;

11. The Parties are filing concurrently herewith a Stipulation of Voluntary Dismissal and an accompanying Proposed Order;

12. The Parties have had the opportunity to consult with legal counsel of their choice and are fully informed and aware of the legal effect and consequences of

this Stipulated Injunction;

13.    The Court shall retain jurisdiction over this matter for a period of one year following the date of dismissal of the Action for the purpose of enforcing this Injunction; and

14.    Each party is to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: July 10, 2020                    RUTAN & TUCKER, LLP
                                          MICHAEL D. ADAMS
                                          MEREDITH L. WILLIAMS
                                          SARAH E. GILMARTIN

                                          By:    */Michael Adams/*
                                                  Michael Adams
                                                  Attorneys for Plaintiff
                                                  Printful, Inc.

Dated: July 10, 2020                    HOPKINS & CARLEY
                                          ALLONN E. LEVY
                                          CARY CHIEN

                                          By:    */Allonn E. Levy/*
                                                 Allonn E. Levy
                                                 Attorneys for Defendant
                                                 Printify, Inc.

**Attestation Regarding Signature**

I, Meredith Williams, hereby attest pursuant to Local Civil Rule 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: July 10, 2020                              RUTAN & TUCKER, LLP

By:                                                           */Meredith Williams/*
                                                              Meredith Williams
                                                              Attorneys for Plaintiff
                                                              Printful, Inc.